UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

                -v.-

THOMAS JAMES PUCCINI,
                       Defendant.

ORDER OF CONTINUANCE

25 Mag. 1713

---

      Upon the application of the United States of America and the affirmation of MARCIA S. COHEN, Assistant United States Attorney, it is found that THOMAS JAMES PUCCINI, the defendant, was charged with violations of 18 U.S.C. §§ 2251(a) and (e), 2252A(a)(2)(B) and (b)(1), in a complaint dated May 20, 2024, and was arrested on May 21, 2025;

      It is further found that the defendant was presented before Magistrate Judith C. McCarthy on May 21, 2025, and the defendant was detained.

      It is further found that Jane White, Esq., counsel for the defendant, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

      It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

      It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until **July 16, 2025.**

Dated: White Plains, New York
       June 18, 2025

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v.-<br><br>THOMAS JAMES PUCCINI,<br>                              Defendant. | AFFIRMATION<br><br>25 Mag. 1713 |

STATE OF NEW YORK           )
COUNTY OF WESTCHESTER       : ss.:
SOUTHERN DISTRICT OF NEW YORK )

MARCIA S. COHEN, under penalty of perjury, hereby affirms as follows:

1. I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for an initial order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).0

THOMAS JAMES PUCCINI, the defendant, was charged with violations of 18 U.S.C. §§ 2251(a) and (e), 2252A(a)(2)(B) and (b)(1), in a complaint dated May 20, 2025. The defendant was presented before Magistrate Judge Judith C. McCarthy on May 21, 2025, and the defendant was detained.

2. Jane White, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

3. On June 3, 2025, Ms. White, counsel for the defendant, agreed by electronic mail on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

4.	For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

5.	Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2025.

_____
MARCIA S. COHEN
Assistant United States Attorney