UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | STIPULATION IN SUPPORT OF APPLICATION FOR 7TH OR SUBSEQUENT ORDER OF CONTINUANCE AND |

UNITED STATES OF AMERICA

-v-

THOMAS PUCCINI,

STIPULATION IN SUPPORT
OF APPLICATION FOR
7TH OR SUBSEQUENT
ORDER OF CONTINUANCE AND
13th ORDER OF CONTINUANCE

Defendant.

25 Mag. 1713

------------------------------------------------------------x

The United States of America and the defendant jointly request and agree that the time period from **5/20/2026** to **6/17/2026** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). The parties submit that there is good cause for an additional exclusion of time because the parties are exploring a possible disposition of this case prior to trial. The defendant, who was arrested on May 21, 2025 and is detained, is charged with violations of Title 18, United States Code, Sections 2251(a) (sexual exploitation) and § 2252A(a)(2)(B) (receipt and distribution of child pornography). The 2251(a) charge carries a mandatory term of 15 years' imprisonment. Defense counsel retained an expert to examine the defendant and prepare a report for defense counsel. The expert examined the defendant and prepared a report for defense counsel. Last month, the parties advised the Court that defense counsel expected to be able to complete the mitigation submission for the U.S. Attorney's Office by early May. Due to the press of other matters, defense counsel has not been able to finalize the submission but still expects to submit it within the next couple of weeks.

By the following signatures we agree and consent to the exclusion of time noted above:

| | | | |
|---|---|---|---|
| Defendant's Counsel | Date | Assistant U.S. Attorney | 5-18-2026 |
| Paul Faugno, Esq. | | Marcia S. Cohen | Date |

The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act. The defendant understands that he/she has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above. The defendant consents and agrees to the above request. **Defense counsel has discussed this stipulation with the defendant and has the defendant's authorization to sign on his behalf.**

Defendant
THOMAS PUCCINI                    Date

The joint application of the United States of America and the defendant having been

heard at a proceeding on the date below, the time period from **5/20/2026** to **6/17/2026** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above.   The Court further orders: _____.

Dated:___5/20/26_____
       White Plains, New York

**SO ORDERED**

_____
United States Magistrate Judge